## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRIEDARIKA TRABALKA,<br><br>Plaintiff,<br><br>-against-<br><br><br>SOUTHWEST CREDIT SYSTEMS, L.P. and JOHN DOES 1-25.<br>Defendant. | Civil Case No.: 2:15-cv-08211   (ES)(JAD)<br><br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that the Plaintiff through her attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against SOUTHWEST CREDIT SYSTEMS, L.P. and JOHN DOES 1-25.

Dated: January 5, 2017

/s/ Joseph K. Jones

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*

SO ORDERED:_____

DATED:_____1/6/17_____